IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-20124 CMB |
| Jonathan T. Moulton, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Docket No. 27 |
| Jonathan T. Moulton, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Citizens Bank, N.A., | : | |
| Respondent | : | |

**<u>CERTIFICATE OF SERVICE</u>**

    I, the undersigned, hereby certify that on March 18, 2019, a true and correct copy of the *Loss Mitigation Order* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Jonathan Moulton
623 Whistler Drive
Rochester, Pa 15074

Citizens Bank, N.A.
One Citizens Plaza
Providence, RI 02903

Date of Service: March 18, 2019

/s/ Kenneth Steidl_____
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965