UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JONATHAN T. MOULTON |
| **Case Number:** | 19-20124-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 26, 2019 01:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/30/19 8:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#14 - Final Confirmation of Plan Dated 1/23/2019 (NFC)
R / M #: 14 / 0

*Appearances:*

A. Steidl

Debtor:
Trustee:  Winnecour /  (Pail) /  Katz  /  DeSimone

Creditor:

Pecarchik -
Citizen's

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____ .
7. __X__ Plan/Motion continued to 12/19/19 at 2:00 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____ .
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____ .

9. _____ Contested Hearing: _____ at _____ .
10. _____ Other:

9/19/2019    8:54:39AM