**Form 132**

**UNITED STATES BANKRUPTCY COURT**  50
**WESTERN DISTRICT OF PENNSYLVANIA**  aala

In re:                                                           Bankruptcy Case No.: 19−20124−CMB

                                                                               Chapter: 7

**Jonathan T. Moulton**
   Debtor(s)

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND DETERMINATION OF TRUSTEE BOND**

  Eric E. Bononi is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

  In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 12/13/19                                                                        **Andrew R. Vara**
                                                                                              Acting United States Trustee

                                                                                              **Joseph S. Sisca**
                                                                                              Assistant United States Trustee
                                                                                              Western District of Pennsylvania

---

I Eric E. Bononi, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                                                          Eric E. Bononi

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jonathan T. Moulton  
    Debtor

Case No. 19-20124-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Dec 13, 2019  
                      Form ID: 132     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
tr         +E-mail/Text: eric@bononilaw.com Dec 14 2019 02:15:46     Eric E. Bononi,  
     20 North Pennsylvania Avenue,   Greensburg, PA 15601-2337  
                                                                                                                            TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:  
        Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com  
        James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Citizens Bank, N.A.  
         bkgroup@kmllawgroup.com  
        Kenneth Steidl    on behalf of Debtor Jonathan T. Moulton julie.steidl@steidl-steinberg.com,  
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
         jbluemle@bernsteinlaw.com  
        Mary F. Kennedy    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.  
         mary@javardianlaw.com, tami@javardianlaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                    TOTAL: 7