**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JONATHAN T. MOULTON

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.: 19-20124

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/10/2019 and confirmed on 04/23/2019. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,250.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,245.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 663.08 | |
|     Trustee Fee | 180.20 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 843.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITIZENS BANK NA** | 0.00 | 3,401.72 | 0.00 | 3,401.72 |
|     Acct: 4812 | | | | |
|   CITIZENS BANK NA F/K/A RBS CITIZENS N/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4812 | | | | |
|   CITIZENS BANK NA** | 21,487.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 4812 | | | | |
| | | | | 3,401.72 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JONATHAN T. MOULTON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 663.08 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-20124 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | JONATHAN T. MOULTON | 5.00 | 5.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STEIDL & STEINBERG | 1,000.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ***NONE*** | | | | |
| Unsecured | | | | | |
| | ASSOCIATION OF SPECIALTY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7960 | | | | |
| | CAPIO PARTNERS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6605 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 4,010.30 | 0.00 | 0.00 | 0.00 |
| | Acct: 0700 | | | | |
| | DUQUESNE LIGHT COMPANY* | 3,101.13 | 0.00 | 0.00 | 0.00 |
| | Acct: 9773 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FRANKLIN AMERICAN MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JC EHRLICH COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0969 | | | | |
| | ROTO-ROOTER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1453 | | | | |
| | US DEPARTMENT OF EDUCATION | 2,132.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 8675 | | | | |
| | ACTION FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPIO PARTNERS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ECMC NOTICING** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUANTUM3 GROUP LLC AGNT - CF MEDIC | 228.85 | 0.00 | 0.00 | 0.00 |
| | Acct: 0954 | | | | |
| | MARY F KENNEDY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ***NONE*** | | | | |

TOTAL PAID TO CREDITORS                                                                                                       3,401.72

TOTAL CLAIMED
PRIORITY                0.00
SECURED            21,487.50
UNSECURED           9,472.64

Date: 12/23/2019                                         /s/ Ronda J. Winnecour
                                                         RONDA J WINNECOUR PA ID #30399
                                                         CHAPTER 13 TRUSTEE WD PA
                                                         600 GRANT STREET
                                                         SUITE 3250 US STEEL TWR
                                                         PITTSBURGH, PA  15219
                                                         (412) 471-5566
                                                         cmecf@chapter13trusteewdpa.com