IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Jonathan T. Moulton<br>        Debtor(s) | 19-20124 CMB<br><br>Chapter 7 Proceeding |
| Citizens Bank, N.A. f/k/a RBS Citizens, N.A.<br>        Movant<br><br>v.<br><br>Jonathan T. Moulton<br>and<br>Eric E. Bononi, Esquire<br>        Respondent | Related to Document No.<br><br>Hearing Date and Time: 3/5/2020 @ 1:30 pm |

## NOTICE OF HEARING WITH
## RESPONSE DEADLINE ON MOTION OF
## CITIZENS BANK, N.A. F/K/A RBS CITIZENS, N.A. FOR RELIEF

TO THE RESPONDANT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than February 17, 2020, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, Movant may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

      A hearing will be held on March 5, 2020 at 1:30 pm before Judge Carlota M. Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of service: January 31, 2020

                                         /s/ Mary F. Kennedy
                                         Attorney ID # 77149
                                         1310 Industrial Blvd
                                         1st Floor, Ste 101
                                         Southampton, PA 18966
                                         Phone: (215)942-9690
                                         mary@javardianlaw.com