IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Jonathan T. Moulton<br>        Debtor(s) | 19-20124 CMB<br><br>Chapter 7 Proceeding |
| Citizens Bank, N.A. f/k/a RBS Citizens, N.A.<br>        Movant<br><br>v.<br>Jonathan T. Moulton<br>and<br>Eric E. Bononi, Esquire<br>        Respondent | Related to Document No.<br><br>Hearing Date and Time: 3/5/2020 @ 1:30 pm |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF AND NOTICE OF HEARING**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the address specified below or on the attached list on January 31, 2020.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>electronic notification and</u> <u>first-class mail</u>.

    If more than one method of service was employed, this certificate of service groups the parties by the types of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Electronic notification:

| | |
|---|---|
| Kenneth Steidl, Esquire, Esquire<br>julie.steidl@steidl-steinberg.com<br>Attorney for Debtor(s) | Eric E. Bononi, Esquire<br>bankruptcy@bononilaw.com<br>Trustee |

First-class mail:

Jonathan T. Moulton
623 Whistler Drive
Rochester, PA 15074
Debtor(s)

Office of the United State Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Executed on: January 31, 2020

LAW OFFICES OF
GREGORY JAVARDIAN

By: /s/ Mary F. Kennedy, Esquire
    Law Office of Gregory Javardian, LLC
    1310 Industrial Blvd., Ste 101
    Southampton, PA 18966
    215-942-9690
    mary@javardianlaw.com
    Attorney ID 77149