IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Jonathan T. Moulton<br>        Debtor(s) | 19-20124 CMB |
| Citizens Bank, N.A. f/k/a RBS Citizens, N.A.<br>        Movant | Chapter 7 Proceeding<br><br>Related to Document No.  61 |
| v. | Hearing Date and Time: 3/5/2020 @ 1:30 pm |
| Jonathan T. Moulton<br>and<br>Eric E. Bononi, Esquire<br>        Respondent | **ENTERED BY DEFAULT** |

**ORDER**

AND NOW, this  25th day of  Feb.  , 2020, it is hereby ORDERED AND DECREED that the Automatic Stay be modified to permit, Citizens Bank, N.A. f/k/a RBS Citizens, N.A. and/or its successors and assigns to obtain all Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 623 Whistler Dr., Rochester, PA 15074-1219.

All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

BY THE COURT:

*Carlota M. Böhm*    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Interested Parties:

Mary F. Kennedy, Esquire
Attorney for Citizens Bank, N.A. f/k/a RBS Citizens, N.A.

Kenneth Steidl, Esquire
Attorneys for Debtor(s)

Eric E. Bononi, Esquire
Trustee

FILED
2/25/20 12:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jonathan T. Moulton
    Debtor

Case No. 19-20124-CMB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Feb 25, 2020
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2020.
db         +Jonathan T. Moulton,    623 Whistler Drive,    Rochester, PA 15074-1219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2020 at the address(es) listed below:
        Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
        James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for Citizens Bank, N.A.
         bkgroup@kmllawgroup.com
        Kenneth Steidl    on behalf of Debtor Jonathan T. Moulton julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
         eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
         inberg.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        Mary F. Kennedy    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
         mary@javardianlaw.com,    tami@javardianlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                                                           TOTAL: 6