**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jonathan T. Moulton** | Social Security number or ITIN **xxx–xx–8675** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **19–20124–CMB**

## Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jonathan T. Moulton

3/11/20

**By the court:**  Carlota M. Bohm
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 19-20124-CMB
Jonathan T. Moulton                                                            Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 2              Date Rcvd: Mar 11, 2020
                              Form ID: 318             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
```
db              +Jonathan T. Moulton,    623 Whistler Drive,    Rochester, PA 15074-1219
14983254        +Action Financial Services LLC,    PO Box 3250,   Central Point, OR 97502-0009
14983255        +Association of Specialty Physicians Inc.,    1030 Beaner Hollow Road,   Beaver, PA 15009-9722
15016039        +Citizens Bank N.A.,   c/o Cenlar FSB,    425 Phillips Boulevard,   Ewing, NJ 08618-1430
15127534        +Citizens Bank, N.A. f/k/a RBS Citizens, N.A.,    10561 Telegraph Road,
                 Glen Allen, VA 23059-4577
14976425        +Franklin American Mortgage Company,    c/o KML Law Group,   BNY Mellon Independence Center,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14983263        +JC Ehrlich,   1125 Berkshire Blvd.,    Suite 150,   Reading, PA 19610-1218
14983264        +Roto-Rooter,   PO Box 38,   Wampum, PA 16157-0038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2020 03:30:09     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14983256        +EDI: CAPIO.COM Mar 12 2020 07:13:00     Capio Partners Llc,   2222 Texoma Pkwy Ste 150,
                 Sherman, TX 75090-2481
14983257        +EDI: CAPIO.COM Mar 12 2020 07:13:00     Capio Partners Llc,   Attn: Bankruptcy,   Po Box 3498,
                 Sherman, TX 75091-3498
14983258        +EDI: CAPITALONE.COM Mar 12 2020 07:13:00     Capital One,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
14983259        +EDI: CAPITALONE.COM Mar 12 2020 07:13:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
14984526         EDI: CAPITALONE.COM Mar 12 2020 07:13:00     Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,   Charlotte, NC  28272-1083
14976424        +E-mail/Text: kburkley@bernsteinlaw.com Mar 12 2020 03:31:01     Duquesne Light Company,
                 411 Seventh Avenue,   Pittsburgh, PA 15219-1942
15010943        +E-mail/Text: kburkley@bernsteinlaw.com Mar 12 2020 03:31:02     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14983262        +E-mail/Text: ccassalia@franklinamerican.com Mar 12 2020 03:31:07
                 Franklin American Mortgage Company,    6100 Tower Circle,   Suite 600,
                 Franklin, TN 37067-1505
14983052         EDI: Q3G.COM Mar 12 2020 07:13:00     Quantum3 Group LLC as agent for,   CF Medical LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
14983266        +EDI: ECMC.COM Mar 12 2020 07:13:00     U.S. Department of Education,   Ecmc/Bankruptcy,
                 Po Box 16408,   Saint Paul, MN 55116-0408
14983265        +EDI: ECMC.COM Mar 12 2020 07:13:00     U.S. Department of Education,   Po Box 5609,
                 Greenville, TX 75403-5609
15072633         EDI: ECMC.COM Mar 12 2020 07:13:00     U.S. Department of Education,   Po Box 16448,
                 Saint Paul, MN 55116-0448
                                                                                              TOTAL: 13
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Cenlar FSB as servicer for Citizens Bank, N.A.
cr               Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
cr*             +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
14983260*       +Duquesne Light Company,    411 Seventh Avenue,   Pittsburgh, PA 15219-1942
14983261*       +Franklin American Mortgage Company,    c/o KML Law Group,   BNY Mellon Independence Center,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
                                                                                  TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                               Signature:   /s/Joseph Speetjens

```
District/off: 0315-2                User: admin                  Page 2 of 2                   Date Rcvd: Mar 11, 2020
                                    Form ID: 318                 Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              Eric E. Bononi     bankruptcy@bononilaw.com,  pa69@ecfcbis.com
              James   Warmbrodt     on behalf of Creditor    Cenlar FSB as servicer for Citizens Bank, N.A.
               bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Debtor Jonathan T. Moulton julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mary F. Kennedy     on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               mary@javardianlaw.com,  angie.harrigan@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 6
```